UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
            v.                  )   CR. NO. 10-10288-MLW
                                )
1. CURTIS HESTER,               )
    A/K/A "CJ"                  )
2. TIMOTHY MOYNIHAN,            )

JOINT MOTION TO CONTINUE TRIAL
BY ONE WEEK UNTIL SEPTEMBER 26, 2011

Now comes the parties, by their undersigned respective

attorneys, and hereby jointly move to continue the trial of this

matter by one week until September 26, 2011.  The parties also

jointly request that, if the trial is so continued, the deadline

for the defendant's reply to the government's opposition to its

motions in limine be extended from September 2, 2011 to September

7, 2011.  The parties also jointly request that, if this motion

is granted, the time period from September 19, 2011 to and

including September 26, 2011, be excluded under the Speedy Trial

Act as the time necessary for the defendants to review discovery

produced by the government and investigate the evidence and

prepare for trial.

As grounds for this motion, the parties state that several

motions in limine are currently pending, some of which the

parties may be able to partially or fully resolve with the

additional time, and the parties are also working to resolve

additional evidentiary issues.  The additional time will assist

the parties in potentially streamlining the case and ensuring a

The court is not available on September 26, 2011
to commence trial. If trial is not commenced on
September 19, 2011, it will have to be postponed to October
24, 2011. The parties shall on August 31, 2011, state whether
this request such a postponement and exclusion of time for STA

more efficient trial.  The parties also note that the arraignment
on the superseding indictment in this case is scheduled for
September 9, 2011.

Respectfully submitted,

CARMEN M. ORTIZ

United States Attorney

By:   /s/ PETER K. LEVITT
PETER K. LEVITT
CHRISTOPHER POHL
Assistant U.S. Attorneys
(617) 748-3100


FOR THE DEFENDANT,

CURTIS HESTER,

/s/ EDWARD L. HAYDEN (by PKL)
Edward L. Hayden, Esq.
7 Franklin Street
Lynn, MA 01902


FOR THE DEFENDANT,

TIMOTHY MOYNIHAN,


/s/ JAMES L. SULTAN by (PKL)
James L. Sultan, Esq.
Rankin & Sultan
151 Merrimack Street, Second Floor
Boston, MA  02114

August 30, 2011

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Peter K. Levitt
PETER K. LEVITT
Assistant United States Attorney